ROPERS, MAJESKI, KOHN & BENTLEY
PAMELA E. COGAN (SBN 105089)
BLAKE J. RUSSUM (SBN 258031)
1001 Marshall Street, Suite 500
Redwood City, CA  94063-2052
Telephone:   (650) 364-8200
Facsimile:   (650) 780-1701
Email:       pamela.cogan@rmkb.com
             blake.russum@rmkb.com

Attorneys for Defendant,
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAIL SHAMBERG,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br><br>　　　　　Defendant. | CASE NO.  2:16-CV-00535 MCE-EFB<br><br>JOINT STIPULATION AND ORDER STAYING ACTION PENDING SETTLEMENT DISCUSSIONS |

Plaintiff GAIL SHAMBERG ("Plaintiff") and Defendant LIBERTY LIFE ASSURANCE COMPANY OF BOSTON ("Defendant"), through their respective counsel of record, respectfully file the following joint stipulation for a stay of all proceedings in this action pending the completion of settlement discussions:

Whereas, Plaintiff and Defendant (collectively, "the Parties") have been in communication about the possibility of settlement because they mutually recognize that events implicating disability benefit offsets have changed the cost/benefit implication of maintaining this case since their benefit disagreement arose;

Whereas, the Parties agree that it would be prudent to engage in early settlement discussions prior to incurring the costs of litigation in this action, including motion practice on the sufficiency of Plaintiff's First Amended Complaint;

1  Whereas, the Parties anticipate they will be able to determine whether settlement is possible without a formal settlement proceeding within a relatively short period of time;

Whereas, the Parties respectfully request that all proceedings in this case be stayed pending conclusion of early settlement discussions;

Whereas, the Parties agree that, to the extent that they are unable to reach a resolution of all claims, the Parties will move the Court to vacate the stay of proceedings. The Parties agree that Defendant shall have up to and including two weeks to file its initial response to the First Amended Complaint once the stay of proceedings has been lifted by Court Order;

Whereas, the Parties agree that they will file a dismissal of the action with prejudice to the extent that they are able to reach a resolution of all claims;

IT IS HEREBY STIPULATED by and between the Parties herein through their respective counsel of record that all proceedings in this case be stayed pending completion of the Parties' early settlement discussions.

IT IS SO STIPULATED.

Dated: May 10, 2016

By: */s/ Jesse S. Kaplan*
JESSE S. KAPLAN
Attorneys for Plaintiff
GAIL SHAMBERG

Dated:  May 10,  2016              ROPERS, MAJESKI, KOHN & BENTLEY

By: */s/ Blake J. Russum*
PAMELA E. COGAN
BLAKE J. RUSSUM
Attorneys for Defendant
LIBERTY LIFE ASSURANCE
COMPANY OF BOSTON

1 **<u>ORDER</u>**

2  IT IS HEREBY ORDERED that, pursuant to the Parties' joint stipulation for a stay
3  of all proceedings pending the completion of settlement discussions, this matter is
4  hereby STAYED and all pending dates are VACATED.

5  IT IS SO ORDERED.

6  Dated: May 12, 2016

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE