ROPERS, MAJESKI, KOHN & BENTLEY
PAMELA E. COGAN (SBN 105089)
BLAKE J. RUSSUM (SBN 258031)
1001 Marshall Street, Suite 500
Redwood City, CA  94063-2052
Telephone:	(650) 364-8200
Facsimile:	(650) 780-1701
Email:	pamela.cogan@rmkb.com
	blake.russum@rmkb.com

Attorneys for Defendant,
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

JESSE S. KAPLAN (SBN 103726)
LAW OFFICES OF JESSE S. KAPLAN
5441 Fair Oaks Blvd., Suite C-1
Carmichael, CA  95608
Email: jessekaplan@sbcglobal.net

Attorneys for Plaintiff,
GAIL SHAMBERG

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAIL SHAMBERG,<br><br>             Plaintiff,<br><br>v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br><br>             Defendant. | CASE NO.  2:16CV-00535 MCE-EFB<br><br>STIPULATION AND ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE |

**IT IS HEREBY STIPULATED** by and between the Plaintiff GAIL SHAMBERG and Defendant LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, by and through their respective attorneys of record, that the above-captioned action shall be, and hereby is, dismissed with prejudice as to all parties and claims, pursuant to Federal Rules of Civil Procedure

41(a)(1)A)(ii).  Each party shall bear its own fees and costs.

Dated: November 3, 2016

By: */s/ Jesse S. Kaplan*
JESSE S. KAPLAN
Attorneys for Plaintiff
GAIL SHAMBERG

Dated:  November 3, 2016                    ROPERS, MAJESKI, KOHN & BENTLEY

By: */s/ Blake J. Russum*
PAMELA E. COGAN
BLAKE J. RUSSUM
Attorneys for Defendant
LIBERTY LIFE ASSURANCE
COMPANY OF BOSTON

## ORDER

**IT IS HEREBY ORDERED** that, pursuant to the parties' Stipulation for Dismissal of Action with Prejudice and Federal Rules of Civil Procedure 41(a)(1)(A)(ii), this action shall be, and hereby is, dismissed with prejudice in its entirety as to all claims and parties.  Each party shall bear its own attorney's fees and costs

**IT IS SO ORDERED.**

DATED:  November 10, 2016

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE